# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**SCOTT M. MORSE, SR.**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 353-3240 / fax (509) 353-3246

January 9, 2006

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 575-5842 / fax (509) 454-5782

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO Yakima

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 12 2006

JAMES R. LARSEN, CLERK
DEPUTY
SPOKANE, WASHINGTON

The Honorable Fred Van Sickle
U.S. District Judge
P. O. Box 2209
Spokane, WA 99210

**RE: CORREA-CORTEZ, Jose Jesus**
**Docket No: 2:02CR02107-001**

**REQUEST FOR OUT OF COUNTRY TRAVEL**

Your Honor:

The purpose of this memorandum is to advise the Court of the defendant's request to travel outside of the country. This is Mr. Correa-Cortez' second request to travel to Mexico. His last request was authorized on November 24, 2004.

**Conviction and Sentence Date:** On January 9, 2003, Mr. Correa-Cortez was sentenced on counts 8, 10, 12, 14, and 16 of Harboring Aliens, in violation of 8 U.S.C. § 1324(a)(1).

**Sentence imposed:** The Court sentenced Mr. Correa-Cortez to a term of 3 months imprisonment, concurrent to all counts, followed by a 3-year term of supervised release.

**Dates and Mode of Travel:** Mr. Correa-Cortez will be traveling by Alaska Airlines, leaving from Yakima, Washington to the city of Guadalajara, State of Jalisco, Mexico, on January 31, 2006, and returning to Yakima by the same mode of travel on February 14, 2006.

**Pupose:** The purpose of this trip is to visit his ill mother and other family members. According to Mr. Correa-Cortez, his mother continues to have medical problems.

Mr. Correa-Cortez continues to be self-employed. In addition to his popsicle business, he opened a restaurant called La Super in Yakima, Washington. His term of supervised release commenced on May 20, 2003, and he is current with all supervision obligations. At the time of sentencing, the Court imposed a $20,000 fine. The defendant has been making regular monthly payments of $300, and the current balance is approximately $8,011. Mr. Correa-Cortez has agreed to continue making regular payments until his financial obligation is paid in full.

Therefore, this officer recommends Mr. Correa-Cortez' request to travel to Mexico be granted.

Respectfully submitted,

Scott M. Morse, Sr.
Chief U.S. Probation Officer

By: Jose Zepeda 1/9/06
Jose Zepeda Date
U.S. Probation Officer

APPROVED BY:

Rebecca M. Nichols 1/9/06
Rebecca M. Nichols Date
Supervising U.S. Probation Officer

---

**ORDER OF THE COURT:**

**Approved** FVS

**Disapproved** ____________________

January 11, 2006
**Date**

Fred Van Sickle
The Honorable Fred Van Sickle
U.S. District Judge